# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARAM HAMBARDZUMYAN, | No. CV 17-1595-MWF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MR. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: August 9, 2017

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE